RECEIVED
IN LAKE CHARLES, LA
JUN 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ASHRAF IBRAHIM LUBBAD** | : | **DOCKET NO. 2:05-cv-2184** |
| VS. | : | JUDGE MINALDI |
| **IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion to Dismiss" [doc. 17] be GRANTED and that this petition be DENIED AND DISMISSED WITHOUT PREJUDICE as moot.

Lake Charles, Louisiana, this 14 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE